THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELAINE AND VICTOR SWANGER,
as parents and legal guardians of
B.J.S., and B.J.S.

      Plaintiffs,

v.      4:11-CV-894
      (JUDGE MARIANI)

WARRIOR RUN
SCHOOL DISTRICT, et al.,

      Defendants.

## ORDER

AND NOW, THIS 3rd DAY OF JUNE 2014, upon consideration of Plaintiffs' Motion for *In Camera* Review and for Reconsideration of March 17, 2014 Order (Doc. 111), and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion (Doc. 111) is **DENIED**.

2. If Plaintiffs would like the Court to conduct an *in camera* review of a specific document, or documents, listed within the Philadelphia Diversified Treatment Claim File Privilege Log, and can present compelling evidence as to their contention that the document(s) do not fall within the recognized psychologist/psychiatrist-patient privilege, the Court will consider conducting such a review upon a proper motion by

2

Plaintiffs. A motion for *in camera* review of any document(s) within the privilege log at issue must be submitted within seven days of the date of this Order.

_____
Robert D. Mariani
United States District Court Judge