THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELAINE AND VICTOR SWANGER,
as parents and legal guardians of
B.J.S., and B.J.S.,

    Plaintiffs,

v.      4:11-CV-894
    (JUDGE MARIANI)

WARRIOR RUN
SCHOOL DISTRICT, et al.,

    Defendants.

## ORDER

**AND NOW THIS 30TH DAY OF SEPTEMBER, 2015**, upon consideration of the Motion for Summary Judgment by Defendants Warrior Run School District, Patricia Cross, Douglas Bertanzetti, Tammy Osenga, and Cynthia Del Gotto (Doc. 156) and all accompanying briefs and exhibits, **IT IS HEREBY ORDERED THAT** the motion for summary judgment (Doc. 156) is **GRANTED**. Judgment is hereby accordingly entered **IN FAVOR OF DEFENDANTS** Warrior Run School District, Patricia Cross, Douglas Bertanzetti, Tammy Osenga, and Cynthia Del Gotto and **AGAINST PLAINTIFFS** B.J.S. and Elaine Swanger and Victor Swanger as parents and legal guardians of B.J.S.

    /s/ Robert D. Mariani
    Robert D. Mariani
    United States District Judge