# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELAINE AND VICTOR SWANGER,
as parents and legal guardians of
B.J.S., and B.J.S.,

    Plaintiffs,

v.

    4:11-CV-894
    (JUDGE MARIANI)

WARRIOR RUN
SCHOOL DISTRICT, et al.,

    Defendants.

## ORDER

**AND NOW THIS 30TH DAY OF SEPTEMBER, 2015**, upon consideration of the Motion for Summary Judgment by Defendants Diversified Treatment Alternatives and Alvin Weaver ("Mental Health Defendants") (Doc. 133) and all accompanying briefs and exhibits, **IT IS HEREBY ORDERED THAT:**

1. The Mental Health Defendants' Motion for Summary Judgment (Doc. 133) is **GRANTED**. Judgment is hereby accordingly entered **IN FAVOR OF DEFENDANTS** Diversified Treatment Alternatives and Alvin Weaver and **AGAINST PLAINTIFFS** B.J.S. and Elaine Swanger and Victor Swanger as parents and legal guardians of B.J.S.

2. In light of the Court's grant of the Mental Health Defendants' summary judgment motion, Plaintiffs' Motion in Limine (Doc. 122) to exclude from evidence the proffered report, opinions, and testimony of Mental Health Defendants' expert Allan Tepper, J.D., Psy.D. is **DENIED AS MOOT**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge