# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELAINE AND VICTOR SWANGER**, as parents and legal guardians of B.J.S., and B.J.S., | : : : : : |
| Plaintiffs, | : : |
| v. | : 4:11-CV-894 |
| | : (JUDGE MARIANI) |
| **WARRIOR RUN SCHOOL DISTRICT**, et al., | : : : |
| Defendants. | : |

## ORDER

**AND NOW THIS 2ND DAY OF OCTOBER, 2018,** upon consideration of the Motion for Summary Judgment by Defendants Warrior Run School District, Patricia Cross, Douglas Bertanzetti, Tammy Osenga, and Cynthia Del Gotto ("School Defendants") (Doc. 202) and all accompanying briefs and exhibits, **IT IS HEREBY ORDERED THAT** the School Defendants' motion for summary judgment (Doc. 202) is **GRANTED**. Judgment is hereby accordingly entered **IN FAVOR OF DEFENDANTS** Warrior Run School District, Patricia Cross, Douglas Bertanzetti, Tammy Osenga, and Cynthia Del Gotto and **AGAINST PLAINTIFFS** on Counts I, II, III, and IV.

_____
Robert D. Mariani
United States District Judge